# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**DEVONTE DOUGHTY**                                                  **PLAINTIFF**

**v.**                  **Case No.: 3:20-cv-00365-LPR**

**GREAT DANE TRAILERS, INC.**
**Previously Great Dane Sales, Inc.,**
**d/b/a Great Dane Trailer LLC**                                      **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed today, it is CONSIDERED, ORDERED, and ADJUDGED that this case and Plaintiff's claims are dismissed without prejudice for failure to timely complete service of process.

IT IS SO ADJUDGED this 10th day of June 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE